STATE of Missouri, Respondent,

v.

Eric HUNTER, Defendant/Appellant.

No. 74560.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 11, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 10, 1999.

Jennifer S. Walsh, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael P. Barry, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY K. HOFF, P.J., GARY M. GAERTNER, J., and MARY RHODES RUSSELL, J.

### ORDER

PER CURIAM.

Eric Hunter appeals the trial court's judgment overruling his *Batson* objection to the prosecutor's peremptory strike of a venireperson.

The ruling of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).